UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

LAURA VALENTINA LEON-VIZCAINO,
individually and on behalf of all
others similarly situated,                    **MEMORANDUM & ORDER**
                                              25-CV-2902(EK)(PCG)
                    Plaintiff,

              -against-

NY GEORGE'S CATERING CORP. d/b/a MAMA
PISCO; SERNA ANDRES CARLOS,

                    Defendants.

--------------------------------------x

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Cross-Goldenberg's Report and Recommendation (R&R) dated February 26, 2026.  ECF No. 27.  Judge Cross-Goldenberg recommends that plaintiff's motion for conditional certification of an FLSA collective action be denied.  Neither party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Cross-Goldenberg's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

        Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  Thus, plaintiff's

motion for conditional certification of a collective action is denied.  Plaintiff may proceed with her individual claims.

SO ORDERED.

                              /s/ Eric Komitee
                              ERIC KOMITEE
                              United States District Judge

Dated:    March 13, 2026
          Brooklyn, New York